**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6667**

JAMES A. JONES,

                              Petitioner - Appellant,

        versus

LAURIE F. BESSINGER, Warden of Kirkland Cor-
rectional Institution; CHARLES M. CONDON, At-
torney General of the State of South Carolina,

                              Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-95-3607-6-18-AK)

Submitted:  September 20, 1996      Decided:  October 1, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. Jones, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Jones v. Bessinger, No. CA-95-3607-6-18-AK (D.S.C. Mar. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED